## 443

collector was erroneous. As there seems to be no other provision of the tariff act which would cover the merchandise more specifically than the general provision by composition in paragraph 1120, as modified, *supra*, for "Manufactures, wholly or in chief value of wool, not specially provided for," that claim in the protest is sustained, and judgment will issue accordingly.

**No. 57960.**—Orbis Products Corp. et al. v. United States, protests 217580–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

**No. 57961.**—C. S. Emery & Company v. United States, protests 117146–K, etc. (St. Albans).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

**No. 57962.**—F. W. Myers & Co., Inc. v. United States, protests 124400–K, etc. (Detroit).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

**No. 57963.**—William J. Oberle, Inc. v. United States, protest 217390–K/1411 (New Orleans).

Opinion by MOLLISON, J. It was held that the court never acquired jurisdiction of the subject matter of the protest, insofar as it relates to entry 615. Accordingly, the protest, having been abandoned with respect to entries 220, 251, and 329, was dismissed as to those entries.

BEFORE THE THIRD DIVISION, MARCH 31, 1954

**No. 57964.**—W. R. Zanes & Co. of La., Inc., and Saint Leo Abbey v. United States, protest 214674–K/14194 (New Orleans).